Matter of Rodriguez (2025 NY Slip Op 00141)

Matter of Rodriguez

2025 NY Slip Op 00141

Decided on January 9, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 9, 2025

PM-08-25
[*1]In the Matter of James R. Rodriguez, an Attorney. (Attorney Registration No. 5452370.)

Calendar Date:January 6, 2025

Before:Garry, P.J., Aarons, Ceresia, Fisher and Mackey, JJ.

James R. Rodriguez, Lawrence, Kansas, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
James R. Rodriguez was admitted to practice by this Court in 2016 and lists a business address in New York City with the Office of Court Administration. Rodriguez now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Rodriguez's application.
Upon reading Rodriguez's affidavit sworn to October 18, 2024 and filed October 29, 2024, and upon reading the December 30, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Rodriguez is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Aarons, Ceresia, Fisher and Mackey, JJ., concur.
ORDERED that James R. Rodriguez's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that James R. Rodriguez's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that James R. Rodriguez is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Rodriguez is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that James R. Rodriguez shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.